UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 3:18-cv-_____ [     ] |
| | : | |
| ONE (1) 2005 ACURA MDX TOURING BEARING VIN 2HNYD18635H555883 | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANT: LINDA E. COLON-DELVALLE] | : | April 30, 2018 |

## VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, John H. Durham, United States Attorney for the District of Connecticut, and John B. Hughes, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

NATURE OF THE ACTION

1.      This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: One (1) 2005 Acura MDX Touring bearing VIN 2HNYD18635H555883 ["Defendant Vehicle"] for violations of for violations of 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(4).

THE DEFENDANT IN REM

2.      The Defendant Vehicle is One (1) 2005 Acura MDX Touring bearing VIN 2HNYD18635H555883, registered to the Claimant Linda E. Colon-DelValle ["The Claimant"] of New London, Connecticut.

3.      The Defendant Vehicle is currently in the custody of the United States Marshal Service.

1

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Vehicle. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Vehicle under 28 U.S.C. § 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Vehicle pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeitures occurred in this district.

7. The Claimant has filed an administrative claim of ownership of the Defendant Vehicle, which was seized by Law Enforcement from John Jimenez on December 14, 2017.

## BASIS FOR FORFEITURE

8. The Defendant Vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) because it constitutes a conveyance which was used, or intended to be used, to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

## BACKGROUND OF INVESTIGATION

9. Beginning on or about January 2016, agents of the Drug Enforcement Administration, along with members of the Connecticut State Police and City of New London Police Department ["Law Enforcement"] commenced an investigation into a Dominican-based drug trafficking organization responsible for the distribution of multi-kilogram quantities of

narcotics including but not limited to heroin and fentanyl throughout the greater New London area.

10. Utilizing surveillance, controlled purchases of narcotics and federal Title III wire intercepts of suspected members of the drug trafficking organization, Law Enforcement determined that the sources of supply to the drug trafficking organization were based in Attleboro, Massachusetts and Providence, Rhode Island.

11. As a result of the investigation, on November 14, 2017, Law Enforcement executed 14 federal search and seizure warrants, as well as 10 federal arrest warrants resulting in the arrest of 11 members of the drug trafficking organization. Three kilograms of heroin/fentanyl, three loaded firearms, five vehicles and $27,972.00 in United States currency were seized.

12. On December 14, 2017, federal arrest warrants were executed on an additional ten parties involved in the drug trafficking organization. Among those arrested was an individual identified as John Jimenez. Jimenez was arrested for his role as a middleman conducting transactions between the main heroin/fentanyl distributors and the lower street-level distributors of the drug trafficking organization.

13. John Jimenez was arrested at his girlfriend's house in New London, Connecticut. He arrived at the residence operating the Defendant Vehicle, which was subsequently seized by Law Enforcement.

14. Throughout the course of the underlying criminal investigation, Law Enforcement observed John Jimenez utilizing the Defendant Vehicle on no fewer than ten occasions to drive to a main distributor's residence, where he would acquire narcotics and then deliver them to lower level distributors and purchasers, including but not limited to September 8, 2017 and

October 4, 2017, when law enforcement executed traffic stops on a motor vehicle driven by an individual who was observed taking delivery of heroin from Mr. Jimenez.

## CLAIMS FOR RELIEF

15.	The Defendant Vehicle was seized by Law Enforcement on December 14, 2017 because it constituted a conveyance believed to have been used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of the Controlled Substances Act, 21 U.S.C. § 801 et seq., and is, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, the United States of America prays that a Warrant of Arrest In Rem be issued for One (1) 2005 Acura MDX Touring bearing VIN 2HNYD18635H555883; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the In Rem Defendant to be condemned and forfeited to the United States of America for disposition according to the law; and that the United States of America is granted such other and further relief as the Court may deem just and proper, together with the costs and disbursements of this action.

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY


    _____/s/ John B. Hughes_____
    JOHN B. HUGHES
    ASSISTANT U.S. ATTORNEY
    CHIEF, CIVIL DIVISION
    157 CHURCH STREET
    NEW HAVEN, CT  06510
    TELEPHONE:  (203) 821-3700

## DECLARATION

I am a Special Agent of the Drug Enforcement Administration, and the agent assigned the responsibility for this case.

I have reviewed the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2018.

_____/s/  Keith Warzecha_____
KEITH WARZECHA
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION